No. 17,340.

SCHAUER *v*. GLEASON, EXECUTRIX.
(271 P. [2d] 1051)

Decided June 21, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. CHESTER A. BENNETT, for plaintiff in error.

Mr. ALBERT P. FISCHER, Mr. WARD H. FISCHER, for defendant in error.